In the Matter of the Claim of THEOCHARIS VATOUIOS, Respondent, against WILLIAM MARKAKIS, Employer; THE STATE INSURANCE FUND, Appellant, and HARTFORD ACCIDENT & INDEMNITY Co., Respondent.

WORKMEN'S COMPENSATION BOARD, Respondent.

Argued October 21, 1948; decided November 24, 1948.

*Bernard Katzen, General Attorney (George J. Hayes* and *Victor Fiddler* of counsel), for State Insurance Fund, appellant.

*Jeremiah F. Connor* for Hartford Accident and Indemnity Company, respondent.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum* and *Gilbert M. Landy* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs to the respondent Workmen's Compensation Board against the appellant; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.